

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

September 8, 2009



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 15 2009
P.M.
TIME A.M.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 11 2009
P.M.
TIME A.M.

BY ECF AND INTEROFFICE MAIL

Honorable Sandra Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Boura v. Napolitano, et al.
      CV 09-2366

Dear Judge Townes:

   In this action, petitioner seeks adjudication of his naturalization application. Please be advised that his application has been granted and petitioner is scheduled for an oath ceremony on September 22, 2009. See attached. Accordingly, it is respectfully requested that this case be dismissed as moot.

   Thank you for your assistance in this matter.

The application is ☒ granted. ☐ denied.
SO ORDERED.

Respectfully submitted,

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

/s/ Sandra L. Townes, U.S.D.J.
Dated: September 10, 2009
Brooklyn, New York

/s/ {electronically filed}
Scott Dunn
Asst. U.S. Attorney
(718) 254-6029

cc: Bouara Abdelhakim
    46-07 47th Ave.
    Woodside, New York 11377

*Dismissed as moot. The Clerk of Court is directed to close this case.*