FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 15 2009
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BOURA ABDELHAKAM,

                Plaintiff,

  -against-


JANET NAPOLITANO; DEPARTMENT OF
HOMELAND SECURITY; UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES;
and DISTRICT DIRECTOR OF IMMIGRATION
SERVICES,

                Defendants.
------------------------------------------------------------------X

JUDGMENT
09-CV- 2366 (SLT)

      An Order of Honorable Sandra L. Townes, United States District Judge, having been filed on September 11, 2009, granting the application; and dismissing the case as moot; it is

      ORDERED and ADJUDGED that the application is granted; and that the case is dismissed as moot.


Dated: Brooklyn, New York
       September 14, 2009

                                          ROBERT C. HEINEMANN
                                          Clerk of Court